

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-19-2009

# In Re Diet Drugs

Precedential or Non-Precedential: Precedential

Docket No. 08-2387

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"In Re Diet Drugs " (2009). *2009 Decisions*. Paper 172.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/172

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos. 08-2363/2387

IN RE: DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE)
PRODUCT LIABILITY LITIGATION

Randy Hague, Jana L. Harris, and Brian S. Riepen, Esq.,
Appellants in 08-2363

Law Firms of Freedland, Farmer, Russo, Behren & Sheller and Raymond Valori, P. A.,
individually and on behalf of Diet Drugs clients represented,
Appellants in 08-2387.

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 99-cv-20593)
District Judge:  Honorable Harvey Bartle, III

Argued July 8, 2009

Before:   SLOVITER, AMBRO and JORDAN, *Circuit Judges*.

(Filed October 8, 2009)

**ORDER  AMENDING DISSENTING OPINION**

AMBRO, *Circuit Judge*

IT IS NOW ORDERED that the published Dissenting Opinion in the above case filed October 8, 2009, be amended as follows:

On page 66, second paragraph, second line, replace "class" with "case".

On page 68, first paragraph, fifth line, replace "opt-outs" with "opt-out".

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: November 19, 2009